1  REX D. GARNER, ESQ.
   Nevada Bar No. 9401
2  AKERMAN LLP
   1635 Village Center Circle, Suite 200
3  Las Vegas, Nevada 89134
   Telephone:   (702) 634-5000
4  Facsimile:   (702) 380-8572
   Email: rex.garner@akerman.com
5
6  *Attorneys for TD Auto Finance LLC (erroneously sued as "TD Auto Finance")*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALERIE L. MARSH,<br><br>                Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TD AUTO FINANCE,<br><br>                Defendants. | Case No.:   2:18-cv-01006-JAD-CWH<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT TD AUTO FINANCE LLC'S TIME TO RESPOND TO THE COMPLAINT (FIRST REQUEST)** |

Pursuant to Local Civil Rule 6-1(a), Valerie L. Marsh ("Plaintiff") and Defendant TD Auto Finance LLC ("TDAF"), through their respective counsel, hereby stipulate to an extension for TDAF to respond to Plaintiff's Complaint in light of the following facts:

**RECITALS**

WHEREAS, Plaintiff, through his counsel, filed the Complaint in this action on June 4, 2018;

WHEREAS, TDAF appears to have been served with Plaintiff's Complaint on June 6, 2018;

WHEREAS, TDAF's response to Plaintiff's Complaint is due on or before June 28, 2018;

WHEREAS, TDAF is undergoing a preliminary investigation with the hopes of engaging in initial settlement discussions with Plaintiff to reach an early resolution of this matter;

WHEREAS, this is the first stipulation for extension of time for TDAF to respond to Plaintiff's Complaint;

///

///

1

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

WHEREAS, the Parties stipulate and agree that, for this good cause, TDAF's time to respond to Plaintiff's Complaint is extended 21 days up to and including July 19, 2018.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties hereto, through their respective counsel that the deadline for TDAF to file its response to Plaintiff's Complaint shall be extended 21 days up to and including July 19, 2018.

IT IS SO STIPULATED.

Date: June 26, 2018.    Respectfully submitted,

**AKERMAN LLP**

By: */s/ Rex D. Garner*
    Rex D. Garner
    Nevada Bar No. 9401
    Attorney for Defendant
    TD Auto Finance LLC
    (erroneously sued as "TD Auto Finance")

**HAINES & KRIEGER LLC**

By: */s/ David Krieger*
    Haines Krieger,
    Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 28, 2018